UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF INDIANA AND KENTUCKY, INC., *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:16-cv-00763-TWP-DML ) |
| COMMISSIONER, INDIANA STATE DEPARTMENT OF HEALTH *et al.*, | ) ) ) ) |
| Defendants. | |

**ORDER ON MOTION TO VACATE JUDGMENT AND INJUNCTION**

Parties, having filed their Joint Motion to Vacate Judgment and Injunction under Rule 60(b)(5) of the Federal Rules of Civil Procedure, and the Court having read the motion and being duly advised, finds that good cause exists to grant the motion, and,

IT IS THEREFORE ORDERED that the Court's Final Judgment Pursuant to Fed. R. Civ. Pro. 58, ECF No. 97, entered on October 11, 2017, is amended as follows: the bullet point that previously read "As applied to pre-viability abortions and miscarriages only, all of the fetal tissue disposition provisions, Indiana Code §§ 16-21-11-6; 16-34-3-4(a), 16-41-16-1, 16-41-16-4(d), and 16-41-16-7.6" is removed and the injunction is vacated as to those provisions.

The Court will issue a new Final Judgment reflecting this amendment.

Date: 9/3/2019

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

To: All ECF-registered counsel of record