UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PLANNED PARENTHOOD OF INDIANA AND KENTUCKY, INC., *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:16-cv-00763-TWP-DML |
| COMMISSIONER, INDIANA STATE DEPARTMENT OF HEALTH, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having entered Final Judgment in this matter on October 11, 2017 (Dkt. 97), and having vacated a portion of the Final Judgment pursuant to the direction of the United States Supreme Court, enters Final Judgment in this cause as follows:

Judgment is entered in favor of Plaintiffs Planned Parenthood of Indiana and Kentucky, Inc. and Carol Dellinger, M.D., against Defendants in their official capacities as to their claims concerning the following provisions of House Enrolled Act 1337:

- The anti-discrimination provisions, Indiana Code §§ 16-34-4-4, 16-34-4-5, 16-34-4-6, 16-34-4-7, 16-34-4-8;

- The information dissemination provision, Indiana Code § 16-34-2-1.1(a)(1)(K); and

Accordingly, it is **DECLARED** that the above provisions of the House Enrolled Act 1337 violate the United States Constitution, and the State of Indiana, its agents and agencies, and all political subdivisions thereof are **ENJOINED** from enforcing them; and

Judgment is entered in favor of defendants on plaintiffs' claims that all the fetal tissue disposition provisions in House Enrolled Act 1337, including Indiana Code §§ 16-21-11-6, 16-34-3-4(a), 16-41-16-1, 16-41-16-4(d), 16-41-16-5, and 16-41-16-7.6 are unconstitutional as applied to pre-viability abortions and miscarriages.

Judgment is entered accordingly, and this action is **TERMINATED.**

Date: 9/3/2019

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U. S. District Court

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

To:   All ECF-registered counsel of record