UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF INDIANA AND KENTUCKY, INC., and CAROL DELLINGER M.D., <br><br> Plaintiffs, <br><br> v. <br><br> COMMISSIONER, INDIANA STATE DEPARTMENT OF HEALTH in his official capacity, PROSECUTORS OF MARION, LAKE, MONROE, AND TIPPECANOE COUNTIES in their official capacities, and THE INDIVIDUAL MEMBERS OF THE MEDICAL LICENSING BOARD OF INDIANA in their official capacities, <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 1:16-cv-00763-TWP-DML ) ) ) ) ) ) ) ) ) ) ) ) |

**ORDER GRANTING MOTION TO VACATE
DELCARATORY JUDGMENT AND INJUNCTION**

This matter is before the Court on Defendants' Expedited Motion to Vacate Declaratory Judgment and Injunction (Filing No. 145). Defendants have moved to vacate the declaratory judgment and injunction that this Court entered on October 11, 2017 (Filing No. 97), as amended on September 3, 2019 (Filing No. 127). Defendants' motion to vacate is predicated on the Supreme Court's decision in *Dobbs v. Jackson Women's Health Organization*, --U.S.--, 2022 WL 2276808 (June 24, 2022). 3. Plaintiffs agree that the *Dobbs* decision, overruling *Roe v. Wade*, 410 U.S. 113 (1973), and *Planned Parenthood of Southeast Pennsylvania v. Casey*, 505 U.S. 833 (1992) is a significant change in the law which justifies vacating the declaratory judgment and injunction. (Filing No. 148). Plaintiffs do not oppose the Motion. *Id*.

Accordingly, the Motion (Filing No. 145) is **GRANTED** and the Court vacates the declaratory judgment and injunction concerning Indiana Code sections 16-34-2-1.1(a)(1)(K), 16-34-4-4, 16-34-4-5, 16-34- 4-6, 16-34-4-7, 16-34-4-8.

An Amended Final Judgment will issue in a separate Order.

**SO ORDERED.**

Date: 7/18/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org

Helene T. Krasnoff
PLANNED PARENTHOOD FEDERATION OF AMERICA
helene.krasnoff@ppfa.org

Jennifer Dalven
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
jdalven@aclu.org

Kenneth Biggins, Jr.
INDIANA ATTORNEY GENERAL
kenneth.biggins@atg.in.gov

Thomas M. Fisher
OFFICE OF THE ATTORNEY GENERAL
tom.fisher@atg.in.gov

Julia Catherine Payne
INDIANA OFFICE OF THE ATTORNEY GENERAL
Julia.Payne@atg.in.gov